UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAYMOND HENDERSON, <br><br> Plaintiff, <br><br> v. <br><br> DOMETIC CORPORATION, NOEMI NEGRON, <br><br> Defendants. | Case No. 3:21-CV-791 JD |

## OPINION AND ORDER

On January 21, 2022, the parties filed a joint Stipulation to Dismiss (DE 18), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: January 24, 2022

                                                /s/ JON E. DEGUILIO
                                                Chief Judge
                                                United States District Court